UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. NO. 08-121 (RJL)** |
| | : | |
| v | : | |
| | : | |
| **TIMOTHY L. WILLIAMS,** | : | |
| **Defendant.** | : | |

### UNITED STATES' MOTION FOR BLOOD ORDER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court sign an order requiring the defendant listed above to submit to the taking of blood and buccal swab samples from his person for the purpose of comparison with suspected DNA (swabbings from a gun) found on the scene.

On Wednesday, March 19, 2008, at approximately 6:30 a.m., officers of the Metropolitan Police Department executed a search warrant at 1830 Maryland Avenue, N.E., Apartment #3, Washington, D.C., the home of defendant's parents, Mr. Charles Williams and Ms. Mary Williams. The unit is a one-bedroom apartment. The government obtained the warrant on the basis of information that defendant uses the home as his official residence on his D.C. driver's license and as the registration for his car. According to information from witnesses who know defendant well, defendant frequently sleeps at the apartment on the couch in the living room.

When police entered the apartment they found the defendant sleeping on the living room couch. Immediately next to him within arm's reach was located a blue laundry bag with folded men's clothes in it. This bag and these clothes were subsequently identified by witnesses who know the defendant well as his belongings. In addition, police found inside the bag a loaded Taurus .45 caliber handgun. Defendant left the scene voluntarily with police before the gun was discovered, and subsequently left the police station without being placed under arrest. He was arrested in this case on a bench warrant issued by the Court after a federal grand jury indicted defendant on one count of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922 (g)(1).

The United States now seeks to explore further its theory of the case that the gun recovered from defendant's clothing bag belonged to the defendant, specifically that it had been handled by defendant. MPD Crime Scene Search officers have swabbed the handles of the gun to obtain DNA exemplars. A DNA sample from defendant is necessary to compare to the possible DNA samples swabbed from the handles of the handgun recovered from defendant's clothing bag.

Argument

The government seeks an order requiring the defendant to give blood and buccal swab samples from his person. Authority for permitting such a request is found in the Supreme Court opinion of Schmerber v. California, 384 U.S. 757 (1966). Authority for the admission of testimony concerning a match of deoxyribonucleic acid (DNA) taken from a crime scene with that of DNA taken from a defendant is now established as acceptable evidence in the District of Columbia. See United States v. Morrow, 374 F. Supp. 2d 51 (D.D.C. 2005); see also United States v. Kevin E. Porter, 618 A.2d 629 ( 1992).

WHEREFORE, The United States requests that the above motion be granted and the attached order be approved.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          UNITED STATES ATTORNEY

BY:      ___/s/ David P. Saybolt_____
           DAVID P. SAYBOLT
           Assistant United States Attorney
           VA Bar, #44518
           U.S. Attorney's Office
           555 Fourth Street NW, Room 4840
           Washington, DC 20530
           (202) 307-6080
           David.Saybolt@usdoj.gov

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 08-121 (RJL) |
| | : | |
| v | : | |
| | : | |
| **TIMOTHY L. WILLIAMS,** | : | |
| **Defendant.** | : | |

## ORDER

_____Upon motion of the United States of America in the above-captioned case for an Order of the Court requiring the defendant, Timothy L. Williams, PDID 386-595, to submit to the taking of blood and buccal swab samples from his person, and the Court having considered the representations in support of the motion and the opinion of the Supreme Court in <u>Schmerber v. California</u>, 384 U.S. 757 (1966), and the Court having found probable cause to believe that the blood and buccal swab samples will produce evidence of the defendant's involvement in the crime charged, it is by the Court this _____ day of May, 2008;

**ORDERED**, that the defendant, Timothy L. Williams, PDID 386-595, submit to the taking of blood and buccal swab samples from his person and it is further

**ORDERED,** that said blood and buccal swab samples be taken in accordance with accepted medical practice by a licensed physician or someone under the direct supervision of a licensed physician within the confines of a hospital or medical clinic regularly operated or licensed by the District of Columbia, and that said blood and buccal swab samples be turned over to Det. Douglas Carlson and Det. Paul Regan of the Metropolitan Police Department.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

DAVID P. SAYBOLT
Assistant United States Attorney
U.S. Attorney's Office
555 Fourth Street NW, Room 4840
Washington, DC 20530
(202) 307-6080 (w)
(202) 353-9414 (f)
David.Saybolt@usdoj.gov

Counsel for Defendant