# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO: 08-121    MAGIS. NO: |
| V.<br><br>Timothy L. Williams | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Timothy Williams<br><br>**FILED**<br>MAY 0 2 2008 |
| DOB:    PDID: | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST     NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

18: 922(g)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>**MAGISTRATE JUDGE ROBINSON** | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED:<br>4/24/08 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>4/24/08 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 2 MAY 2008 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 2 MAY 2008 | REPORTING | Robert C Byars REPORTING |
| HIDTA CASE:  Yes __  No X | DUSM Robert C Byars | OCDETF CASE:  Yes __  No X |

1482829