UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Criminal Case No. 08-CR-121 (RJL)** |
| **TIMOTHY L. WILLIAMS** | : | |

### NOTICE OF ENHANCED PENALTIES PURSUANT TO 18 U.S.C. § 924(e)(1)

The United States of America, by its attorneys, hereby informs the Court and the defendant in this case that the defendant has at least three previous convictions for violent felonies committed on occasions different from one another, each conviction punishable by a term of imprisonment exceeding one year, as follows:

| Offense | Case No. | Court and Jurisdiction | Date |
|---|---|---|---|
| Robbery with a Dangerous Weapon | CT940823X | Circuit Court for Prince George's County | 3/21/1995 |
| Robbery with a Dangerous Weapon | CT940824X | Circuit Court for Prince George's County | 3/21/1995 |
| Robbery | 1993FEL004737 | Superior Court for the District of Columbia | 8/3/1994 |
| Assault with Intent to Prevent Law Apprehension | 54581C | Circuit Court for Montgomery County | 12/27/1989 |

Notice is hereby given that pursuant to 18 U.S.C. § 924(e)(1), if convicted in this case, the defendant will be subject to a term of imprisonment of not less than fifteen years, and up to life.

                                  Respectfully Submitted,

                                  JEFFREY A. TAYLOR
                                  Attorney of the United States in
                                  and for the District of Columbia
                                  Bar No. 498610

BY:             /s/
                                  EMILY A. MILLER
                                  Assistant United States Attorney
                                  Bar No. 462077
                                  Federal Major Crimes Section
                                  555 4th Street, N.W., Room 4237
                                  Washington, DC 20530
                                  (202) 514-7533
                                  Emily.Miller2@usdoj.gov