UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 08-121 (RJL) |
| | : | |
| v | : | |
| | : | |
| TIMOTHY L. WILLIAMS, | : | |
| Defendant. | : | |

**FILED**

MAY 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

_____Upon motion of the United States of America in the above-captioned case for an Order of the Court requiring the defendant, Timothy L. Williams, to submit to the taking of blood and buccal swab samples from his person, and the Court having considered the representations in support of the motion and the opinion of the Supreme Court in <u>Schmerber v. California</u>, 384 U.S. 757 (1966), and the Court having found probable cause to believe that the blood and buccal swab samples will produce evidence of the defendant's involvement in the crime charged, it is by the Court this _____16th_____ day of May, 2008;

**ORDERED**, that the defendant, Timothy L. Williams, submit to the taking of blood and buccal swab samples from his person and it is further

**ORDERED,** that said blood and buccal swab samples be taken in accordance with accepted medical practice by a licensed physician or someone under the direct supervision of a licensed physician within the confines of a hospital or medical clinic regularly operated or licensed by the District of Columbia, and that said blood and buccal swab samples be turned over to Det. Douglas Carlson and Det. Paul Regan of the Metropolitan Police Department.

UNITED STATES DISTRICT JUDGE

Copies to:

DAVID P. SAYBOLT
Assistant United States Attorney
U.S. Attorney's Office
555 Fourth Street NW, Room 4840
Washington, DC 20530
(202) 307-6080 (w)
(202) 353-9414 (f)
David.Saybolt@usdoj.gov

Counsel for Defendant