UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | Criminal Case No. 08-CR-121 (RJL) |
| **TIMOTHY L. WILLIAMS** | : | |

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE MOTIONS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court continue the motions hearing date in the above-captioned case. In support of this motion, the United States represents as follows:

1. The defendant is charged with one count of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

2. On June 30, 2008, the government and the defendant filed motions in this case, including a motion by the government to admit evidence pursuant to Federal Rule of Evidence 404(b), a motion by the government to impeach the defendant pursuant to Federal Rule of Evidence 609, and an omnibus motion by the defendant to suppress physical evidence and statements. A hearing on these motions is currently set for July 28, 2008, at 2:00 p.m.

3. The undersigned recently obtained the opportunity to receive specialized training at the National Advocacy Center in Columbia, South Carolina, during the week of July 28, 2008, through August 1, 2008. Accordingly, the government requests a brief continuance of the motions hearing to enable the undersigned to attend such training.

4. Counsel for the defendant, Michelle Peterson, Esq., does not oppose this motion for a continuance, but is not available for a continued hearing date anytime in before August 27, 2008,

as a result of a combination of work and personal leave scheduled for that month. Dates thereafter which are convenient to both parties include August 27-28, 2008, the afternoons of September 2-4, 2008, or September 10-11, 2008. The undersigned is scheduled to begin a drug distribution trial before Judge Sullivan on September 16, 2008.

5. The government further requests that the Court find that the ends of justice would be served by granting a continuance of the motions hearing until a date mutually convenient to both parties, as the failure to do so would unreasonably deny either the defendant or the government continuity of counsel. See 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).[1]

---

[1] The defendant was indicted on April 24, 2008, and then arrested on April 30, 2008. He has been held without bond since his arrest. Magistrate Judge Kay previously made findings that it would be in the interests of justice to exclude the nine-day period between May 8, 2008, and May 16, 2008, in computing the time within which a trial must commence under the Speedy Trial Act. Thus, assuming that any time period since motions were filed on June 30, 2008, is and continues to be excluded, to date, fifty-one days of non-excludable time have elapsed under the Speedy Trial Act calculation.

WHEREFORE, the United States requests that the Court continue the motions hearing set for July 28, 2008, to a date mutually convenient to the Court and all parties, and that the Court find that the ends of justice would be served by granting the continuance and that the time period through the conclusion of the hearing be excluded from the calculation under the Speedy Trial Act.

Respectfully Submitted,

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610


BY:      /s/
EMILY A. MILLER
Assistant United States Attorney
Bar No. 462077
Federal Major Crimes Section
555 4th Street, N.W., Room 4237
Washington, DC 20530
(202) 514-7533
Emily.Miller2@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Criminal Case No. 08-CR-121 (RJL)** |
| **TIMOTHY L. WILLIAMS** | : | |

**ORDER**

The Court having considered the Government's motion to continue motions date, finding it appropriate to grant such continuance, and further finding that the ends of justice would be served by granting a continuance until a date mutually convenient to both parties, as the failure to do so would unreasonably deny either the defendant or the government continuity of counsel, it is hereby

ORDERED this _____ day of _____ 2008, that the above-captioned case be set for a motions hearing on the _____ day of _____, 2008, at _____ __.m., in Courtroom No. ___ .

_____
RICHARD J. LEON,
Judge, United States District Court
for the District of Columbia